UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 10  A 11: 22

U.S. DISTRICT COURT
DISTRICT OF MASS.

---

RUSSELL F. SHEEHAN, as he is ADMINISTRATOR,
ELECTRICAL WORKERS' HEALTH AND
WELFARE FUND, LOCAL 103, I.B.E.W.;
ELECTRICAL WORKERS' PENSION FUND,
LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS'
SUPPLEMENTARY HEALTH AND WELFARE
FUND, LOCAL 103, I.B.E.W.; ELECTRICAL
WORKERS' DEFERRED INCOME FUND,
LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS'
JOINT APPRENTICESHIP AND TRAINING
FUND, LOCAL 103, I.B.E.W.; ELECTRICAL
WORKERS' EDUCATIONAL AND CULTURAL
FUND; ANTHONY J. SALAMONE, as he is
ADMINISTRATOR, NATIONAL ELECTRICAL
BENEFIT FUND; and LOCAL 103, INTERNATIONAL
BROTHERHOOD OF ELECTRICAL WORKERS,

              Plaintiffs

                   vs.

ENTERPRISE TECHNOLOGY GROUP, INC. d/b/a
ENTERPRISE TECHNOLOGY GROUP NETWORK
SERVICES (ETG),
              Defendant

                  and

CITIZENS BANK,
              Trustee

C.A. No. 04-10709 GAO

---

## NOTICE OF DISMISSAL

Plaintiffs, Russell F. Sheehan, as he is Administrator, Electrical Workers' Health and

Welfare Fund, Local 103, I.B.E.W., et al hereby notify this honorable Court that, pursuant to

Rule 41(a)(1), Fed.R.Civ.P., they are dismissing this case against Enterprise Technology Group

Inc. d/b/a Enterprise Technology Group Network Services (ETG).

Respectfully submitted,

RUSSELL F. SHEEHAN, as he is
ADMINISTRATOR, ELECTRICAL
WORKERS' HEALTH AND WELFARE
FUND, LOCAL 103, I.B.E.W., et al,

By their attorneys,

Anne R. Sills, Esquire
BBO #546576
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

Dated:  June 9, 2004

ARS/ars&ts
301303-245/notofdis.doc

2